**Order entered October 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00818-CV

### IN RE SHERRY RHODES, Relator

**Original Proceeding from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-09-843**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.


/s/    CRAIG STODDART
       JUSTICE